**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 191 MAL 2023

              Respondent            :

                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court

             v.                          :

NICHOLAS ALEXANDER ROSENCRANCE,    :

              Petitioner              :

## ORDER

**PER CURIAM**

      **AND NOW**, this 3rd day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.